IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 13 PM 2:05

CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.                              No. 2:02 cr 20165 D/A      99 CR 20229
                                Judge Bernice Donald

ALVIN MOSS, et al

## ORDER TO UNSEAL RECORD

Upon oral motion of the defense and for good cause shown, it is hereby **ORDERED** that the clerk shall unseal the file in the case of United States of America v. Milton Strassberg, No. 2:99-cr-20229-G.

This 10th day of June, 2005.

_____
Bernice Donald, Judge
United States District Court

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-13-05

(40)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:99-CR-20229 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT